UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICKEY L. CURRY,

    Plaintiff,

vs.                                 Case No.  3:06-cv-581-J-32MCR

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915(a)(1).

The Court may, upon a finding of indigency, authorize the commencement of an action without requiring the prepayment of costs, fees, or security.  28 U.S.C. §1915(a)(1).  However, when an application to proceed *in forma pauperis* is filed, the Court is obligated to review the case and to dismiss it if the Court determines the action is frivolous or malicious; if it fails to state a claim upon which relief may be granted; or if the complaint seeks monetary relief against a defendant who is immune from such relief.  28 U.S.C. §1915(e)(2).

An *in forma pauperis* complaint is considered frivolous if the Court determines the factual allegations are "clearly baseless" or the legal theories are "indisputably meritless." Neitzke v. Williams, 490 U.S. 319, 327, 109 S.Ct. 1827 (1989).  In reviewing the Complaint, the undersigned applied "the liberal construction to which *pro se*

pleadings are entitled." Holsomback v. White, 133 F.3d 1382, 1386 (11th Cir. 1998). However, liberal construction cannot serve as a substitute for establishing a cause of action. See GJR Investments, Inc. v. County of Escambia Florida, 132 F.3d 1359, 1369 (11th Cir. 1998).

In this case, Plaintiff filed a letter informing the Court that he has attempted to receive Social Security disability benefits. The pleading is not in the proper form as it does not contain a caption indicating the names of the parties nor does it inform the Court whether Plaintiff has indeed filed for Social Security benefits. It is not appropriate for Plaintiff to sue the Social Security Administration for benefits. Instead, Plaintiff must first apply for benefits and if the application is denied and Plaintiff has exhausted all of his administrative remedies, Plaintiff may file suit in this Court appealing the denial of benefits.

The undersigned will provide Plaintiff with a an opportunity to amend his complaint to ensure it is in the proper from for a complaint and to show that he has filed a claim for social security benefits, which was denied and that Plaintiff exhausted his administrative remedies by receiving a final decision.[1]  Moreover, Plaintiff should note that the proper party to sue is Jo Anne B. Barnhart, the Commissioner of Social Security. The amended complaint should be in the form of a complaint, with a caption and numbered paragraphs explaining Plaintiff's claims. In order to assist him in drafting the amended complaint, the Clerk is directed to furnish Plaintiff with a Step-By-Step Guide to Filing a Civil Action in the United States District Court Jacksonville/Ocala

---

[1] A decision by the Appeals Council is a final decision for purposes of judicial review.

Divisions. Plaintiff may also wish to obtain a copy of the Court's Local Rules which are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov or may be obtained from the Clerk's Office.  The Federal Rules of Civil Procedure are available for review in the law libraries of the state and federal courthouses.  Plaintiff should also note that there are several attorneys in the area who specialize in Social Security appeals and he should consider attempting to obtain counsel to assist him in this proceeding.

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff shall file an amended complaint no later than **Monday, August 7, 2006**. In the meantime, the request to proceed *in forma pauperis* will be taken under advisement.  Failure to file an amended complaint will result in the undersigned entering a report and recommendation to deny Plaintiff's request to proceed *in forma pauperis*.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  10th  day of July, 2006.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

*Pro Se* Plaintiff

-3-