UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICKEY L. CURRY,

    Plaintiff,

vs.                               Case No. 3:06-cv-581-J-32MCR

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's *pro se* Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a Motion to Proceed *In Forma Pauperis*. On July 10, 2006, the undersigned entered an Order informing Plaintiff that the letter he filed as a complaint was deficient for numerous reasons and directing Plaintiff to file an amended complaint no later than Monday, August 7, 2006. (Doc. 5). Plaintiff was warned that "[f]ailure to file an amended complaint will result in the undersigned entering a report and recommendation to deny Plaintiff's request to proceed *in forma pauperis*." Id. Plaintiff failed to file an amended complaint and therefore, for the reasons mentioned in the Court's July 10, 2006 Order, it is respectfully

**RECOMMENDED**:

---

[1] Any party may file and serve specific, written objections hereto within TEN (10) DAYS after service of this Report and Recommendation. Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Fed.R.Civ.P. 72(a), 6(a) and (e); Local Rules 6.02(a) and 4.20, United States District Court for the Middle District of Florida.

Plaintiff's application to proceed without prepayment of fees contained in his Affidavit of Indigency (Doc. 2) be **DENIED** without prejudice to Plaintiff filing a paid complaint.

**DONE AND ENTERED** in Chambers in Jacksonville, Florida this  10th  day of August, 2006.

                                              *Monte C. Richardson*
                                        MONTE C. RICHARDSON
                                   UNITED STATES MAGISTRATE JUDGE

Copies to:

Hon. Timothy J. Corrigan,
  United States District Judge

*Pro Se* Plaintiff