**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RICKEY L. CURRY,

       Plaintiff,

vs.                                                   Case No. 3:06-cv-581-J-32MCR

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____

**ORDER**

This case is before the Court on Plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge directed plaintiff to file an amended complaint by August 7, 2006 and warned plaintiff that failure to comply would result in the Magistrate Judge recommending that the motion for leave to proceed *in forma pauperis* be denied.[1] Plaintiff failed to file an amended complaint or any other response to the Court's Order and on August 10, 2006, the Magistrate Judge issued a Report and Recommendation recommending that the Motion to Proceed In Forma Pauperis be denied without prejudice to plaintiff filing a paid complaint (Doc. 6). No

---

[1] The Magistrate Judge directed plaintiff to file an amended complaint because, among other deficiencies, the letter plaintiff filed to initiate this suit did not explain whether he had initiated (let alone exhausted) efforts to secure disability benefits through the social security administrative process.

objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 6), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 6) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

3. **No later than October 12, 2006** plaintiff shall pay the filing fee to continue the prosecution of this case. **Plaintiff's failure to pay the filing fee by the October 12, 2006 deadline or to move the Court for some other relief will result in dismissal of this case without prejudice without further notice.**

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of September, 2006.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

pro se plaintiff